# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 599 MAL 2022

          Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

          v. :

:

TROY MCCOY, :

          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.

A True Copy Elizabeth E. Zisk
As Of 04/18/2023

Attest: _Elizabeth Zisk_____
Chief Clerk
Supreme Court of Pennsylvania